SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

RICHARD C. CHENG (CSBN 135992)
Assistant United States Attorney

   150 Almaden Boulevard
San Jose, California 95133
Telephone: (408) 535-5032
FAX: (408) 535-5066
e-mail:richard.cheng@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-70653 HRL |
|    Plaintiff, | ) | |
| v. | ) | <u>SUBSTITUTION OF ATTORNEY</u> |
| MATTHEW BRADLEY MORRISON, | ) | |
|    Defendant. | ) | |

   Please take notice that as of October 31, 2007, the Assistant U.S. Attorney whose name, address, telephone number and e-mail address are listed below was assigned to be counsel for the Government.

         Assistant U.S. Attorney Richard C. Cheng
         150 Almaden Boulevard, Suite 900
         San Jose, California 95113
         Telephone: (408) 535-5032
         e-mail: <u>richard.cheng@usdoj.gov</u>

DATED: December 2, 2007        Respectfully submitted,

                                     SCOTT N. SCHOOLS
                                     United States Attorney

                                _____
                                   RICHARD C. CHENG
                                   Assistant United States Attorney