JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

E-filing

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 00564 RMW |
| Plaintiff, ) | VIOLATION: |
| v. ) | 18 U.S.C. § 2252(a)(2) and (b)(1) - |
| MATTHEW BRADLEY MORRISON, ) | Distribution and Attempted Receipt of Child Pornography |
| ) | SAN JOSE VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about October 31, 2007, in the Northern District of California, the defendant,

MATTHEW BRADLEY MORRISON,

did knowingly and intentionally distribute, and attempt to receive, certain matter, to wit, visual images, which had been mailed and transported in interstate and foreign commerce by any means, including by computer, and the producing of which visual images (1) involved the use of one and more minors engaging in sexually explicit conduct, and (2) were of such conduct, in

//
//

INFORMATION

1  violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

2  Dated: August 20, 2008

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            /s/ David Callaway
                                            DAVID R. CALLAWAY
                                            Deputy Chief, San Jose Branch

   (Approved as to form: ___/s/___)
                         AUSA Richard C. Cheng

INFORMATION                              2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count 1: 18 U.S.C. Section 2252(a)(2) and (b)(1) - Distribution and Attempted Receipt of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Mandatory Minimum of 5 years;
Maximum of 20 years
Maximum $250,000 Fine
Maximum Three Years of Supervised Release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- DEFENDANT - U.S ----
▶ MATTHEW BRADLEY MORRISON

DISTRICT COURT NUMBER
CR - 08 00564-RMW

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Jude Densley, U.S. Postal Inspector

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
CR 07mj70653

Name and Office of Person Furnishing Information on this form   JOSPEH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   RICHARD CHENG

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  OCTOBER 31, 2007
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments: