AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

MATTHEW BRADLEY MORRISON

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-00564 RMW

I, __Matthew Bradley Morrison__, the above named defendant, who is accused of

18 U.S.C. §2252(a)(2) and (b)(1)

**FILED**

AUG 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____August 21, 2008_____ prosecution by indictment and consent that the pro-
_Date_
ceeding may be by information rather than by indictment.

_Matt Morrison_
Defendant

_[signature]_
Counsel for Defendant

Before _Patricia V. Trumbull_
Judge