BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 10/2/08*

Counsel for Defendant MORRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00564 RMW |
| Plaintiff, | ) ) | STIPULATION AND [ |
| vs. | ) ) | ORDER CONTINUING HEARING |
| MATTHEW BRADLEY MORRISON, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

Defendant and the government hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Monday, October 6, 2008 at 9:00 a.m., be continued to Monday, October 20, 2008 at 9:00 a.m.

Counsel at the initial district court appearance informed the Court that the parties had reached a resolution.  However, it now appears that the approvals necessary for the contemplated agreement are no longer in place.  It is anticipated that the requested continuance will permit counsel to recommence and definitively conclude settlement discussions.  Accordingly, the parties further stipulate that 14 days may be excluded from the time within which trial shall commence, to provide counsel the reasonable time necessary for effective preparation.

Stipulation and [] Order Continuing Hearing                    1

Dated: October 1, 2008

                                            s/_____
                                            RICHARD CHENG
                                            Assistant United States Attorney

Dated: October 1, 2008

                                            s/_____
                                            CYNTHIA C. LIE
                                            Assistant Federal Public Defender

## [] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, October 6, 2008 will be continued to Monday, October 20, 2008 at 9:00 a.m.

IT IS FURTHER ORDERED, that the 14 days from October 6, 2008 through and including October 20, 2008 shall be excluded for effective preparation of counsel, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October _2_, 2008

                                            _____
                                            RONALD M. WHYTE
                                            United States District Judge