| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | RICHARD C. CHENG (CSBN 135992) |
| 5 | Assistant United States Attorney |
| 6 | 150 Almaden Boulevard, 9th Floor<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5032<br>Fax: (408) 535-5066 |
| 8 | e-mail: richard.cheng@usdoj.gov |

*E-FILED - 4/20/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR 08-00564-RMW |
| Plaintiff, | |
| | STIPULATION OF PARTIES FOR CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER |
| v. | |
| MATTHEW MORRISON, | |
| Defendant. | San Jose Venue |

With the agreement of the parties, and with the consent of the defendant Matthew Morrison ("Morrison"), the Court enters this order (1) vacating the sentencing hearing for defendant Morrison, now set for April 13, 2009 at 9:00 a.m.; and (2) setting a new sentencing hearing for the defendant Morrison for April 20, 2009 at 9:00 a.m. The parties agree, and the Court finds and holds, as follows:

1. Matthew Morrison, entered his guilty plea toDistribution and Attempted Receipt of child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2)(A) and (b)(1), a Class C Felony. The guilty plea were entered on December 15, 2008, pursuant to a binding plea agreement with the Government.

2. Counsel for the Government assigned to this matter will be out of the District on Monday, April 13, 2009 and therefore unavailable to be present during the sentencing date currently set..

3. Counsel for the defendant, Cynthia Lie, Esq., Federal Public Defenders, and Assistant U.S. Attorney Richard Cheng have agreed to jointly stipulate to a continuance of defendant Morrison's sentencing hearing for one week, to April 20, 2009, at 9:00 a.m. and recommends that date to this Court for the continued sentencing.

SO STIPULATED.

DATED: 4/7/09

DATED: 4/6/09

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
RICHARD C. CHENG
Assistant U.S. Attorney

CYNTHIA LIE, ESQ.
Assistant Federal Public Defender
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 08 00564-RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| MATTHEW MORRISON, | ) | |
| Defendant. | ) | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the April 13, 2009 sentencing date with respect to the defendant Matthew Morrison, and sets a new sentencing date of April 20, 2009, at 9:00 a.m.

DATED: __4/20/09__

*Ronald M. Whyte*
HON. RONALD M. WHYTE
United States District Judge