BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MORRISON

*E-FILED - 4/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00564 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| MATTHEW BRADLEY MORRISON, | |
| Defendant. | |

**STIPULATION**

Defendant and the government hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, April 20, 2009 at 9:00 a.m., may be continued to Monday, May 18 at 9:00 a.m.  The reason for the requested continuance is that United States Probation Officer Lori Timmons is unavailable for

///

///

///

///

///

Stipulation and [] Order Continuing Hearing              1

1  the currently scheduled date, and defense counsel will be unavailable for the following two
2  weeks.
3  Dated: April 15, 2009

4                             s/_____
                               RICHARD CHENG
5                             Assistant United States Attorney

6  Dated: April 15, 2009

7                             s/_____
                               CYNTHIA C. LIE
8                             Assistant Federal Public Defender

9
                        **[] ORDER**
10

11      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
12  presently set for Monday, April 20, 2009 shall be continued to Monday, May 18, 2009 at 9:00
13  a.m.
14      IT IS SO ORDERED.
15  Dated: April 20, 2009

16                             _____
                               RONALD M. WHYTE
17                             United States District Judge

18
19
20
21
22
23
24
25
26

Stipulation and [] Order Continuing
Hearing                                      2